1003

■ ·In the Matter of James F. Holwell, Appellant, v. William D. Meisser et al., Constituting the Board of Elections of the County of Nassau, Respondents

Brennan, Acting P. J., Rabin, Hopkins and Benjamin, JJ., concur; Munder, J. dissents and votes to affirm, with the following memorandum: I agree with the majority that the petition was properly dismissed but deem this a reason for affirmance, not for reversal and remission for a hearing as to the excessiveness of respondents' charge of $1.25 per enrollment book. The question of excessiveness is plainly irrelevant since petitioner seeks copies of the books *free of any charge,* whether excessive or not. Moreover, the $1.25 charge is not so grossly high as to be patently excessive; and petitioner alleges no facts to support his claim of excessiveness. Also, the pleadings raise no constitutional issue.

■ The People of the State of New York ex rel. Harry Barno, Appellant, v. Raymond A. Lindemann, as Sheriff of the County of Rockland, et al., Respondents

Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.

■ The People of the State of New York ex rel. Jack De Masi, Appellant, v. Harold W. Follette, as Warden of Green Haven Prison, Respondent

No opinion. (See *People* v. *De Masi,* 22 A D 2d 921.) Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.